# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION CHALLENGING A PRISON DISCIPLINARY PROCEEDING

FILED
10/17/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]

| Name (under which you were convicted): | Case No. [For a new case in this court, leave blank. The court will assign a case number.] |
|---|---|
| Kyle D. Neely | BTC-23-06-000813 |
| Place of Confinement: Branchville Corr Facility | Earliest Possible Release Date: 11/16/26 |

[Once you know your case number, it is VERY IMPORTANT that you include it on <u>everything</u> you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.]

3:23-cv-00170-RLY-CSW

1. Name of facility holding the hearing:
   Branchville Corr Facility
   Date of hearing: 06/29/2023. Case number: BTC-23-06-000813
   Offense: Possession of intoxicating substance
   Code # B-231. Did you plead guilty? ○ Yes. ☒ No.

2. Lost earned credit time? ○ No. ☒ Yes, I lost 30 days earned credit time.
   Was the loss of earned credit time suspended? ☒ No. ○ Yes, it was suspended until: ___/___/____.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/____.

3. Demoted in credit class? ○ No. ☒ Yes, I was demoted from Class B to Class C.
   Was the demotion suspended? ☒ No. ○ Yes, it was suspended until: ___/___/____.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/____.

4. Appealed to the Superintendent? ○ No. ☒ Yes, the result was:
   Appeal denied

5. Appealed to Final Reviewing Authority? ○ No. ☒ Yes, the result was:
   Appeal denied

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ☒ No. ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee?

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

☒ KAN Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

☒ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.

**CAUTION**: If you do not present every ground in this petition, you may be barred from doing so later.]

**GROUND ONE**: [Briefly describe your claim.] Hand sanitizer is not a intoxicating substance just because I am a Incarcerated Individual in I.D.O.C

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

I was found guilty of a B-231 intoxicating substance for possessing ViroClean hand sanitizer that was provided to the I.D.O.C for Incarcerated Individuals and Correctional officers to use for hand sanitizing purposes during and for the COVID-19 pandemic. Just cause it contains Alcohol does not make it a intoxicating substance. Its very toxic and can kill you if drunk it. I had it in a bottle for my hands at my bunk and for toilets, dishes and utincels. It was not intoxicated by it, or trying to drink it. It was compared and verified to be viroclean hand sanitizer. I value my life and would not try such. None have I heard of such.

Did you present Ground One to the Final Reviewing Authority? ☒ Yes. ☐ No, because _____

**GROUND TWO**: [Briefly describe your claim.] Correctional officers bring in there own hand sanitizers and they are not arrested for possession or trafficking intoxicating substance.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

They poss hand sanitizer and bring it in and out of this facility and don't get arrested or fined for poss or trafficking in a controlled or intoxicating substance. Them possessing it and me possessing it is the same. We are still both human beings. If anything I should have been wrote up on a B-215 poss of unauthorized property. ~~The tars~~

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

_____
_____

Did you present Ground Two to the Final Reviewing Authority?  ☒ Yes.  ○ No, because _____
_____.

**GROUND THREE:** [Briefly describe your claim.] The only reason the convicted me of the write up is cause Handsanitizer (Viroclean) has Achol & I'm a I.I.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
Even though Viro Clean hand sanitizer has Alchol in it, its still just hand sanitizer and only handsanitizer. I can not be Found guilty of poss of intoxicating substance for something provided to the Facility for I.I and officers to use. the wire and tissue was not soaked or even talked about at D.H.B. only the Hand sanitizer and the Achol it contained. If it wasnt for that I wouldnt of be found guilty. Decision to Find me guilty was souly made on Viroclean hand sanitizer containing Achahol

_____

Did you present Ground Three to the Final Reviewing Authority?  ☒ Yes.  ○ No, because _____
_____.

**DOCUMENTS**

I have attached these documents from this disciplinary hearing: [Check all that apply].
- ☒ Report of Conduct
- ☒ Screening Report
- ☒ Report of Disciplinary Hearing
- ☒ Letter from the Final Reviewing Authority
- ○ Other relevant documents: _____
_____

**RELIEF**

I ask for the following relief: Write up dissmissed. Earned credit time restored. Demoted credit class restored And all record of incident Removed from My I.D.O.C packett. _____ or any other relief to which I may be entitled.

**DECLARATION AND SIGNATURE**

I placed this petition in the prison mail system on 10 / 10 /20 23 at 1:00 am/**pm**

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

[*Do not fill in this date and time until you give this petition to prison officials to send to the court.*]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____  
Signature

132576  
Prisoner Number

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]