UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KYLE D. NEELY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 3:23-cv-00170-RLY-CSW |
| ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in favor of the Respondent and against the Petitioner, Kyle Neely. Kyle Neely's Petition for a Writ of Habeas Corpus is **DENIED** and the action is **DISMISSED WITH PREJUDICE**.

Date: 11/21/2024

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via U.S. Mail to:**

Kyle D. Neely
#132576
New Castle Correctional Facility
1000 Van Nuys Road, P.O. Box E
New Castle, IN 47362